UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

GARRY S. ZIGICH, JR.,

    Plaintiff,

v.

GARY M. LANIGAN, et al.,

    Defendants.

Civil Action No. 17-6105 (MAS)(DEA)

**MEMORANDUM AND ORDER**

Plaintiff Garry S. Zigich Jr., a prisoner currently confined at the New Jersey State Prison in Trenton, New Jersey, filed this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff also requested preliminary injunctive relief, and on September 13, 2017, the Court issued a show-cause order, directing the Attorney General of the State of New Jersey and the Administrator of the New Jersey State Prison to show cause, within 14 days, as to why preliminary injunction should not be granted. (Order, Sept. 13, 2017, ECF No. 2.) To date, no response has been received. The Court will provide the defendants one last chance to respond to the show-cause order otherwise the Court will consider the preliminary injunction application as unopposed.

IT IS therefore on this 28th day of December, 2017,

**ORDERED** that the Clerk shall serve a copy of this Order, the Court's September 13, 2017 order (ECF No. 2) and the Complaint by **certified mail** upon the Attorney General of the State of New Jersey and the Administrator of the New Jersey State Prison; the prison is hereby ordered, within 7 days of this Order, to show cause as to why preliminary injunction should not be granted; failure to respond will result in the Court granting preliminary injunction; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order upon Plaintiff by regular mail.

/s/ Michael A. Shipp
MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE